AO91 (Rev. 12/03)  Criminal Complaint                                                                                        AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**           **CRIMINAL COMPLAINT**
                vs.

Juan Jesus VEGA                                            Case Number: 1:13-po-1414
A205 732 713  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  February 14, 2013  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on February 14, 2013. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on February 14, 2013 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Gracia, Aldo  Border Patrol Agent
Signature of Complainant

Gracia, Aldo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 16, 2013                                                    at    Brownsville, Texas
Date                                                                                City/State

Ronald Morgan             U.S. Magistrate Judge
Name of Judge              Title of Judge                                Signature of Judge