# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| *versus* § | Criminal Case 1:13–po–01414 |
| § | |
| Juan Jesus Vega § | |

## ORDER FINDING PROBABLE CAUSE

The Court, having reviewed the complaint, signed under perjury by the issuing officer, together with supporting affidavits and/or other factual information, finds probable cause to believe that an offense has been committed and that the defendant committed it.

DONE at Brownsville, Texas, on **February 19, 2013**.

                                                                                    _____
                                                                                    Ronald G. Morgan
                                                                                    United States Magistrate Judge